IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUMAN GENOME SCIENCES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-526 |
| v. ) | |
| ) | |
| AMGEN INC. and IMMUNEX CORP., ) | |
| ) | |
| Defendants. ) | |

**PRAECIPE**

PLEASE ISSUE ALIAS SUMMONS to the defendant **Immunex Corp.** in the above action. Defendant Immunex Corp. is a foreign corporation registered to do business in Delaware. Immunex's registered agent, however, refused to accept service of the Complaint on August 30, 2007. Therefore, plaintiff now wishes to effect service of the Complaint on the Secretary of State pursuant to 10 *Del. C.* §3104, and requests the issuance of an alias summons to do so.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiff*
*Human Genome Sciences, Inc.*

1

*Of Counsel:*

Richard L. DeLucia
John R. Kenny
A. Antony Pfeffer
KENYON & KENYON
One Broadway
New York, New York  10004-1050
(212) 425-7200

Dated: August 31, 2007
183743.1