IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUMAN GENOME SCIENCES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMGEN INC. and IMMUNEX CORP., )<br>)<br>Defendants )<br>) | Civil Action No. 07-526 (***) |

## STIPULATION AND [PROPOSED] ORDER

This matter is an appeal from an interference proceeding in front of the Board of Appeals and Patent Interferences pursuant to 35 U.S.C. § 146;

Plaintiff Human Genome Science, Inc. ("Plaintiff") served a Complaint and Defendants Immunex Corp. and Amgen Inc. ("Defendants") current response date to the Complaint is September 20, 2007, and no previous extension has been sought or granted;

In order to allow Defendants more time to prepare a response, the Parties stipulate that the time for Defendants to answer, cross-appeal, move, or otherwise respond to the Complaint, shall be extended through and including October 22, 2007; and

Defendant Immunex Corp. stipulates and consents that personal jurisdiction over Immunex Corp. in the District of Delaware for this matter is proper.

| | |
|---|---|
| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Steven J. Balick | /s/ Melanie K. Sharp |
| Steven J. Balick (No. 2114)<br>John G. Day (No. 2403)<br>Lauren E. Maguire (No. 4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888 | Melanie K. Sharp (No. 2501)<br>Monté T. Squire (No. 4764)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>(302) 571-6681<br>msharp@ycst.com |
| Richard L. DeLucia<br>John R. Kenny<br>A. Antony Pfeffer<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004-1050 | Michael J. Wise<br>Lauren Sliger<br>PERKINS COIE LLP<br>1620 – 26th Street<br>Sixth Floor, South Tower<br>Santa Monica, CA 90404-4013<br>(310) 788-3210<br>mwise@perkinscoie.com |
| *Attorneys for Plaintiff*<br>*Human Genome Sciences, Inc.* | *Attorneys for Defendants Amgen, Inc. and Immunex Corporation* |

SO ORDERED this _____ day of _____, 2007.

_____
Mary Pat Thynge U.S.M.J.