IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUMAN GENOME SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMGEN, INC. and IMMUNEX CORP., <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-526 (***) <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Patrick Morris of Perkins Coie in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Melanie K. Sharp
Melanie K. Sharp (No. 2501)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Dated: September 26, 2007    *Attorneys for Defendants Amgen, Inc. and Immunex Corporation*

SO ORDERED this ___ day of _____, 2007 that counsel's motion for the admission pro hac vice of Lauren Sliger is GRANTED.

_____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Patrick Morris
Perkins Coie
1620 – 26th Street
Sixth Floor, South Tower
Santa Monica, CA 90404-4013
(310) 788-9900

Dated: September 21, 2007