IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUMAN GENOME SCIENCES, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v.  : | C. A. No. 07-526-*** |
| : | |
| AMGEN, INC. and IMMUNEX CORP., : | |
| : | |
| Defendants. : | |

### ORDER

At Wilmington this **16th** day of **November, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, November 21, 2007 at 1:00 p.m. EST** with Magistrate Judge Thynge to discuss the schedule in this matter. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE