IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUMAN GENOME SCIENCES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 07-526 (***) |
| AMGEN, INC. and IMMUNEX CORP., | ) ) |
| Defendants | ) ) ) |

## RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Immunex Corporation and Amgen Inc., hereby certify the following: Immunex Corporation is a wholly-owned subsidiary of Amgen Inc. Amgen Inc. is publicly traded and does not have a parent corporation, and, to our knowledge, no publicly held corporation owns 10% or more of its stock.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Chad S.C. Stover*
_____
Melanie K. Sharp (No. 2501)
Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-5018
cstover@ycst.com

Michael J. Wise
Lauren Sliger
PERKINS COIE LLP
1620 – 26th Street
Sixth Floor, South Tower
Santa Monica, CA 90404-4013
(310) 788-3210
mwise@perkinscoie.com

*Attorneys for Defendants and Counterclaimants Amgen Inc. and Immunex Corporation*

Dated: January 22, 2008