IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HUMAN GENOME SCIENCES, INC., )
)
    Plaintiff, )
)
v. ) Civ. No. 07-526-SLR
)
AMGEN, INC. and IMMUNEX, CORP., )
)
    Defendants. )

ORDER

At Wilmington this 11th day of February, 2008,

IT IS ORDERED that a telephonic status conference shall be held on **Monday, March 3, 2008**, at 8:30 a.m. Counsel for plaintiff shall coordinate and initiate this call.

                                                                  _____
                                                                  United States District Judge