## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HUMAN GENOME SCIENCES, INC., | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 07-780-SLR |
| AMGEN INC. and IMMUNEX CORP., | : | |
| Defendants. | : | |
| HUMAN GENOME SCIENCES, INC., | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 07-526-SLR |
| AMGEN, INC. and IMMUNEX CORP., | : | |
| Defendants. | : | |

## **ORDER**

At Wilmington this **20th** day of **February, 2008**.

IT IS ORDERED that the scheduling teleconference in the above matters scheduled for Monday, March 17, 2008 at 11:00 a.m. with Judge Thynge is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE