IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HUMAN GENOME SCIENCES, INC., )
)
    Plaintiff, )
)
v. ) Civ. No. 07-526-SLR
)
AMGEN INC., )
)
    Defendant. )

**ORDER**

At Wilmington this 10th day of March, 2008, having conferred with counsel;

IT IS ORDERED that the above-captioned matter is referred to United States Magistrate Judge Mary Pat Thynge, pursuant to 28 U.S.C. § 636(b), to make a recommendation as to the proper scope of discovery under 35 U.S.C. § 146.

                                                                                                        United States District Judge