IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUMAN GENOME SCIENCES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMGEN, INC. and IMMUNEX CORP., )<br>)<br>Defendants )<br>) | Civil Action No. 07-526 (SLR) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Chad S.C. Stover (No. 4919) withdraws from his representation of Defendants Amgen, Inc. and Immunex Corp. Defendants continue to be represented in this action by the law firm of Young Conaway Stargatt & Taylor, LLP.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Melanie K. Sharp
Melanie K. Sharp (No. 2501)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Michael J. Wise
Lauren Sliger
PERKINS COIE LLP
1620 – 26th Street
Sixth Floor, South Tower
Santa Monica, CA 90404-4013
(310) 788-3210

Dated: April 14, 2008

*Attorneys for Defendants Amgen, Inc. and Immunex Corporation*